# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; AND GONZALO I. GALINDO,

Appellants,

vs.

MARY JOHANNA RASMUSSEN,

Respondent.

No. 75486



FILED

NOV 0 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order pertaining to child custody. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, JudgeEighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge.

On July 17, 2018, we entered an order dismissing this appeal in part and directing appellants to file and serve the fast track statement by August 6, 2018.[1] We cautioned that failure to comply could result in the imposition of sanctions. NRAP 3E(i). Appellants did not comply and on August 28, 2018, we entered an order directing appellants to file and serve the fast track statement by September 12, 2018.[2] We cautioned that failure to comply with our order could result in the dismissal of this appeal.

On September 28, 2018, appellant Julie Hammer contacted the clerk of this court and indicated that the fast track statement had been mailed. However, to date, the fast track statement has not been received and appellants have not further communicated with this court. We

---

[1] A copy of this order is attached.

[2] A copy of this order is attached.

18- 902645

conclude that appellants' failure to file the fast track statement warrants the dismissal of this appeal. *See id.* Accordingly, we

ORDER this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____ Gibbons _____ J.
Gibbons

_____ Hardesty _____, J.
Hardesty

cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
Hon. Elizabeth Goff Gonzalez, District Judge
Gonzalo I. Galindo
Julie L. Hammer
Black & LoBello
The Dickerson Karacsonyi Law Group
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; AND GONZALO 1.
GALINDO,
                    Appellants,
           vs.
MARY JOHANNA RASMUSSEN,
                    Respondent.

No. 75486

FILED

JUL 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

## ORDER DISMISSING APPEAL IN PART

This is a pro se appeal from three district court orders entered in a custody matter. Eighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge. Our review of the notices of appeal and other documents before this court reveals jurisdictional defects.

The district court's February 21, 2018, "Order From February 7, 2018, Hearing" grants respondent "sole legal custody and decision making authority for the minor Child" "until further order of [the] Court." The order was entered after a hearing on respondent's "Motion for Temporary Sole Decision-Making Authority Regarding Non-Emergency Medical Decisions for the Minor Child and Other Temporary Orders Pending the Evidentiary Hearing on Plaintiff's Motion to Modify Custody, and for Attorneys' Fees and Costs and the Guardian Ad Litem's Report and Concern." Accordingly, it appears that the order grants only temporary legal custody to respondent and is not appealable. *See* NRAP 3A(b)(7) (authorizing an appeal from an order finally establishing or altering the custody of minor children); *In re Temporary Custody of Five Minors*, 105 Nev. 441, 777 P.2d 901 (1989) (concluding that an order determining temporary custody under NRS Chapter 432B is not appealable).

SUPREME COURT
OF
NEVAOA

(O) 1947A

18- 27285

The district court's March 6, 2018, order treats appellant Gonzalo Galindo's "ReNotice of Motion and Motion to Disqualify" as a motion for reconsideration of an earlier order denying a motion to disqualify the district court judge and denies the motion. As no statute or court rule allows an appeal from an order denying a motion for reconsideration of a motion to disqualify a judge, we lack jurisdiction to consider this order on appeal. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 347, 301 P.3d 850, 853 (2010) (this court may only consider appeals that are authorized by statute or court rule). Accordingly, we dismiss the appeal as to the February 21, 2018, and March 6, 2018, orders. This appeal may proceed as to the February 21, 2018, "Order From January 31, 2018, Hearing."

Appellants shall have 20 days from the date of this order to file and serve the fast track statement. Respondent shall have 20 days from service of the fast track statement to file and serve the fast track response. Failure to comply with this order may result in the imposition of sanctions. NRAP 3E(i).

It is so ORDERED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
Hon. Elizabeth Goff Gonzalez, Chief Judge
Gonzalo I. Galindo
Julie L. Hammer
Black & LoBello
The Dickerson Karacsonyi Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; AND GONZALO I. GALINDO,

Appellants,

vs.

MARY JOHANNA RASMUSSEN,

Respondent.

No. 75486

FILED

AUG 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER TO FILE FAST TRACK STATEMENT

On July 17, 2018, we entered an order dismissing this appeal in part and allowing the appeal to proceed with respect to the district court's February 21, 2018, "Order From January 31, 2018, Hearing." We directed appellants to file and serve the fast track statement by August 6, 2018. To date, appellants have not filed the fast track statement or otherwise communicated with this court.

Appellants shall have 15 days from the date of this order to file and serve the fast track statement. Failure to comply with this order may result in the dismissal of this appeal.

It is so ORDERED.

_____, C.J.

cc: Gonzalo I. Galindo
Julie L. Hammer
Black & LoBello
The Dickerson Karacsonyi Law Group

SUPREME COURT
OF
NEVADA

(O) 1947A

18-33556